Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 308
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Ernest Beltran

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST BELTRAN, <br>     Plaintiff, <br><br>   vs. <br><br> KILOLO KIJAKAZI, <br> Acting Commissioner of Social Security, <br>     Defendant. | Case No.: 5:21-cv-00168-MRW <br><br> [PROPOSED] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **THREE THOUSAND EIGHT HUNDRED AND FIFTY DOLLARS** ($3,850.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:    08/11/2022

                                    /S/
                        HON. MICHAEL R. WILNER
                      United States Magistrate Judge